AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Guam

FILED
DISTRICT COURT OF GUAM
JUN 08 2021
JEANNE G. QUINATA
CLERK OF COURT

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information associated with Facebook User Identification ) Case No. MJ-21-00118
Number 100009379108075 stored at Facebook, Inc. )
premises in Menlo Park, CA (See Attachment A) )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

Information associated with Facebook User Identification Number 100009379108075 stored at Facebook, Inc. premises in Menlo Park, CA. Property further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B which is incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 18, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Michael J. Bordallo, United States Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __May 4, 2021 2:35 pm__   /s/ Michael J. Bordallo
                                                        *Judge's signature*

City and state: __Hagatna, Guam__   MICHAEL J. BORDALLO, U.S. Magistrate Judge
                                     *Printed name and title*

ORIGINAL

# Return

| Case No.: MJ 21-00118 | Date and time warrant executed: 5/4/2021, 4:12 pm | Copy of warrant and inventory left with: Uploaded to LEO portal |
|---|---|---|

Inventory made in the presence of : N/A

Inventory of the property taken and name(s) of any person(s) seized:

Two (2) .pdf files:
- .pdf titled "534480861059680" (16,538 KB)
- .pdf titled "348806533256028_affidavit" (84 KB)

One (1) .zip file titled "534480861059680" (515,813 KB)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-8-2021

Executing officer's signature

JOSHUA M. KIM, SPECIAL AGENT
Printed name and title

6/8/21

ORIGINAL

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with unique Facebook User Identification Number 100009379108075 that is stored at premises owned, maintained, controlled, or operated by Facebook, Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID number listed in Attachment A:

(a) All contact and personal identifying information, including the full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers for Facebook User Identification Number 100009379108075.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from October 24, 2020 to November 20, 2020;

(c) All photos and videos uploaded by that user ID number and all photos and videos uploaded by any user that have that user tagged in them from October 24, 2020 to November 20, 2020, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID number, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from October 24, 2020 to November 20, 2020, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account from October 24, 2020 to November 20, 2020;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

2

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

**II.  Information to be seized by the government.**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252(a)(2) involving JASON S. BROWN since October 24, 2020, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Communication on the Facebook Messenger application regarding the receipt and/or distribution of child pornography.

(b) The identity of the person(s) who created or used the user ID number, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be

3

conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.